# EXHIBIT 1

| U.S. Department of Justice | Naturalization Interview Results |
|---|---|
| Immigration and Naturalization Service | |

A#: __70 692 654__

On ___June 25, 2004___, you were interviewed by INS Officer ___B. Rinehart, DAO___

- [✓] You passed the test of English and U.S. history and government.
- [ ] You passed the test of U.S. history and government and the English language requirement was waived.
- [ ] The Service has accepted your request for a Disability Exception. You are exempted from the from the requirement to demonstrate English language ability and/or knowledge of U.S. history and government.
- [✓] Background Check Pending. Your application can not be approved until the check is completed.
- [ ] You will be given another opportunity to be tested on your ability to ___speak /___ read / ___/ write English. **You must appear for reexamination on:** ___@___
- [ ] You will be given another opportunity to be tested on your knowledge of U.S. history and government. **You must appear for reexamination on:** ___@___

- [ ] Please follow the instruction on the Form N-14.
- [ ] INS will send you a written decision about your application.

- [ ] You did not pass the second and final test of your ___English ability /___ knowledge of U.S. history and government. You will not be rescheduled for another interview for this N-400. INS will send you a written decision about your application.

A) __X__ Congratulations! Your application has been recommended for approval. At this time, it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) _____ A decision cannot yet be made about your application.

**It is very important that you:**
Notify INS if you change your address.
Come to any scheduled interview.
Submit all requested documents.
Send any questions about this application in writing to the officer named above. Include your full name, A-number, and a copy of this paper.
Go to any oath ceremony that you are scheduled to attend.
Notify INS as soon as possible in writing if you cannot come to any scheduled interview or oath ceremony. Include a copy of this paper and a copy of the scheduling notice.

N-652 (Rev. 12/7/99)Y

*Brett. Rinehart @ dhs.gov*

*Remember A 70 692 654*

# EXHIBIT 2

**U. S. Citizenship and Immigration Services**

[ Print This Page ]  [ Back ]

**U.S. Citizenship and Immigration Services**
**Tampa FL Processing Dates**
**Posted November 17, 2006**

The U.S. Citizenship and Immigration Services processes cases in the order in which they are received. Due to the high workload, most of the time your case is pending we will be processing cases that were filed earlier than yours. This chart tells you which cases the Office is processing and the date the cases were received by the Office.

**How Do I Use Chart:**

Locate the type of application or petition you filed under the heading "Form" or "Form Name". Follow the form/form name across to the heading "Processing Cases with Receipt Date of". The date shown in this column represents the filing date of the application or petition that is currently being processed at this Office.

**When Can I Call The National Customer Service Center?**
If you filed your case 30 days or more before the date shown on the chart, and you have not received a request for evidence, a decision, or another notice in the last thirty days, please call our National Customer Service Center at 1-800-375-5283.

If you received a request for evidence and responded to it over 60 days ago and have not received a decision, please call our National Customer Service Center at 1-800-375-5283.

District Office Processing Dates for **Tampa FL** Posted November 17, 2006

| Form | Form Name | Now Processing Cases with Receipt Notice Date of: |
|---|---|---|
| I-131 | Application for Travel Documents | August 15, 2006 |
| I-485 | Application to Register Permanent Residence or Adjust Status | May 12, 2006 |
| I-600 | Petition to Classify Orphan as an Immediate Relative | August 15, 2006 |
| I-600A | Application for Advance Processing of Orphan Petition | August 15, 2006 |
| I-765 | Application for Employment Authorization | August 29, 2006 |
| N-400 | Application for Naturalization | April 15, 2006 |
| N-600 | Application for Certification of Citizenship | December 26, 2005 |

[ Print This Page ]  [ Back ]

12-14-2006 07:05 PM EST

https://egov.immigration.gov/cris/jsps/officeProcesstimes.jsp?selectedOffice=78                12/14/2006