UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KARINA GAPCHUK,

       Plaintiff,

v.                                    CASE NO. 8:07-cv-196-T-30EAJ

ROBERT S. MUELLER, et al.,

       Defendants.
_____/

**DEFENDANTS' SECOND UNOPPOSED MOTION FOR ENLARGEMENT OF
TIME IN WHICH TO RESPOND TO COMPLAINT**

      Defendants, through the undersigned Special Assistant United States Attorney, move pursuant to Fed. R. Civ. P. 6(b)(1) for a 30-day enlargement of time, from June 4, 2007 to July 5, 2007, to respond to Plaintiff's Complaint for Mandamus. Defendants state the following in support.

      1.     Plaintiff has filed a suit to compel Defendants to take action on Form N-400, Application for Naturalization. Defendants' response to the complaint is due June 4, 2007.

      2.     The FBI has expedited Plaintiff's pending name check request and expects to complete it provide the results to the United States Citizenship and Immigration Service ("CIS") shortly.

      3.     Based on this information, Defendants request that the Court grant a second 30-day extension in which to respond to the complaint.

**MEMORANDUM OF LAW**

      Red R. Civ. P. 6(b)(1) provides in pertinent part that a court, "for cause shown may at any time in its discretion . . . with or without motion or notice order the period

enlarged if request therefor is made before the expiration of the period originally prescribed." This enlargement is appropriately sought.

## LOCAL RULE 3.01(g) CERTIFICATION

Undersigned has contacted Plaintiff's counsel and he consents to the relief requested in this motion.

**WHEREFORE**, Defendants respectfully request that their Uncontested *Second Motion for Enlargement of Time in Which to Respond to Complaint for Mandamus* be granted.

Respectfully submitted,

**JAMES R. KLINDT**
Acting United States Attorney

| | | |
|---|---|---|
| OF COUNSEL: | By: | s/ Javier M. Guzman |
| | | **JAVIER M. GUZMAN** |
| Linda D. Hopkins | | Special Assistant United States Attorney |
| Associate Area Counsel | | USAO No. 093 |
| U.S. Dept. of Homeland Security | | 400 North Tampa Street, Suite 3200 |
| | | Tampa, Florida 33602 |
| | | Telephone: (813) 274-6335 |
| | | Facsimile:  (813) 274-6200 |
| | | E-Mail: Javier.Guzman2@usdoj.gov |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 4, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Ignacio J. Garcia, Esquire

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

100 N. Tampa Street, Ste 3600

Tampa, FL 33602

Email: Ignacio.garcia@ogletreedeakins.com

                                        s/Javier M. Guzman
                                        **JAVIER M. GUZMAN**
                                        Special Assistant United States Attorney