UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**KARINA GAPCHUK,**

  Plaintiff,

v.             Case No.: 8:07-CV-00196-T-30EAJ

**ROBERT S. MUELLER, Director,**
**Federal Bureau of Investigation, et al,**

  Defendant(s).
_____/

## PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff KARINA GAPCHUK, by and through her undersigned counsel, and hereby files this Notice dismissing all of her claims in the above named case without prejudice.

Dated this 5th day of September, 2007.

                  Respectfully submitted,

                  *s/Ignacio Garcia*
                  _____
                  Ignacio J. Garcia, Esq.
                  Florida Bar No. 0423440
                  OGLETREE, DEAKINS, NASH,
                  SMOAK & STEWART, P.C.
                  100 N. Tampa Street
                  Suite 3600
                  Tampa, FL 33602
                  (813).289.1247 (Telephone)
                  (813).289.6530 (Facsimile)

ignacio.garcia@ogletreedeakins.com
Attorney for Plaintiff
Trial Counsel

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 5, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all opposing counsel listed below via transmission of Notices of Electronic Filing generated by CM/ECF.

Javier M. Guzman
Special Assistant United States Attorney
USAO No. 093
400 N. Tampa Street, Suite 3200
Tampa, FL 33602
(813).274.6335 (Telephone)
(813).274.6200 (Facsimile)
Javier.Guzman2@usdoj.gov

*s/Ignacio J. Garcia*
Ignacio J. Garcia