UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KARINA GAPCHUK,

    Plaintiff,

v.                                      Case No. 8:07-cv-196-T-30EAJ

ROBERT S. MUELLER, Director, Federal
Bureau of Investigation, et al., ,

    Defendants.
_____/

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Notice of Dismissal Without Prejudice (Dkt. #20).

In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed without prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on September 6, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-196.dismissal 20.wpd